UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK MARTINEZ RAMIREZ, | No. 2:18-cv-1835 DB P |
| Plaintiff, | |
| v. | ORDER |
| JERRY BROWN, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights claim pursuant to 42 U.S.C. §1983. Plaintiff claims defendants violated his rights by filing false disciplinary reports against him, harassing him, and failing to provide him with adequate mental health care.

Plaintiff has filed a document informing the court that he has been transferred and requesting the court accept his amended complaint as it is or allow him to file a second amended complaint. (ECF No. 19.) Review of the court docket shows that no amended complaint has been filed in this action. Plaintiff claims that he gave the amended complaint to a correctional officer who told plaintiff he would have the amended complaint E-filed to this court on December 7, 2018. Plaintiff also states the officer mailed the original to plaintiff at his new facility. Plaintiff will be directed to file an amended complaint because the amended complaint does not appear to have been filed with the court. Accordingly, plaintiff's requests that the court accept his amended complaint or permit him to file a second amended complaint are moot.

1

IT IS HEREBY ORDERED that within fourteen days of service of this order, plaintiff shall file an amended complaint that complies with the court's order dated October 16, 2018 (ECF No. 11).

Dated: December 28, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB:1/Orders/Prisoer.Civil.Rights/rami1835.AmComp