UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK MARTINEZ RAMIREZ,<br><br>Plaintiff,<br><br>v.<br><br>JERRY BROWN, et al.,<br><br>Defendants. | No. 2:18-cv-1835 MCE DB P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 7, 2019, the Magistrate Judge filed Findings and Recommendations ("F&Rs") herein which were served on plaintiff and which contained notice that any objections to the F&Rs be filed within twenty-one days. (ECF No. 25.) Plaintiff filed objections to the F&Rs and filed exhibits. ECF Nos. 28, 29.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the F&Rs to be supported by the record and by proper analysis. Accordingly, IT IS HEREBY ORDERED that:

///

1

1. The F&Rs filed February 7, 2019, (ECF No. 25) are ADOPTED in full;
2. Plaintiff's request for a preliminary injunction (ECF No. 24) is DENIED; and
3. Plaintiff's request for a stay (ECF No. 23) is DENIED.

IT IS SO ORDERED.

Dated: May 2, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE