UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK MARTINEZ RAMIREZ,<br><br>Plaintiff,<br><br>v.<br><br>JERRY BROWN, et al.,<br><br>Defendants. | No. 2:18-cv-1835 MCE DB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims defendants violated his rights when officers used excessive force, filed false disciplinary reports against him, and failed to provide him with adequate medical and mental health treatment.

By order dated May 20, 2019, plaintiff's second amended complaint was dismissed for failure to state a claim. (ECF No. 41.) Plaintiff was given leave to file an amended complaint within thirty days. Thereafter, plaintiff filed a notice indicating he was transferred to a new facility and placed in solitary confinement. (ECF No. 44.) Plaintiff did not request additional time in which to file an amended complaint, but indicated that he had not yet received his property at the new facility. In light of his filing, the court granted plaintiff additional time in which to file an amended complaint. (ECF No. 45.) The court ordered plaintiff to file his amended complaint no later than July 11, 2019.

////

1

Plaintiff filed a letter entered on the docket on June 13, 2019.  (ECF No. 47.)  However, he has not filed an amended complaint, requested additional time to file an amended complaint, or otherwise complied with the court's order.

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of service of this order, plaintiff shall either dismiss this action or file an amended complaint.  If he fails to do so the court may recommend that this action be dismissed for plaintiff's failure to comply with court orders and failure to prosecute.  <u>See</u> E.D. Cal. R. 110; E.D. Cal. R. 183(b); Fed. R. Civ. P. 41.

Dated:  August 1, 2019

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB:1/Orders/Prisoner/Civil.Rights/rami1835.osc