UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK MARTINEZ RAMIREZ,<br><br>Plaintiff,<br><br>v.<br><br>JERRY BROWN, et al.,<br><br>Defendants. | No. 2:18-cv-1835 MCE DB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights claim pursuant to 42 U.S.C. § 1983. Plaintiff claims defendants violated his rights when officers used excessive force, filed false disciplinary reports against him, and failed to provide him with adequate medical and mental health treatment. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 12, 2019, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 55. Plaintiff has not filed objections to the findings and recommendations.[1]

///

---

[1] On January 2, 2020 plaintiff filed a document captioned "Request for Trial." ECF No. 56. However, this document was not responsive to the Magistrate Judge's findings and recommendations filed on November 13, 2019.

1

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 12, 2019, ECF No. 55, are ADOPTED in full;

2. Plaintiff's third amended complaint, ECF No. 54, is DISMISSED without leave to amend; and

3. The Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated: February 4, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE